JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-1516-RGK (MANx) | Date | November 16, 2010 |
|---|---|---|---|
| Title | *STEVE JOHN et al v. THE NORTHWESTERN MUTUAL LIFE INSURANCE CO., et al* | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | | |
|---|---|---|---|
| Sharon L. Williams | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**       **(IN CHAMBERS)** Order Dismissing Complaint

On October 7, 2010, the Court issued an Order Granting Default Judgment as to Defendant/Counterclaimant's Counterclaim. In light of the order, the Court also ordered Plaintiffs to show cause in writing by October 15, 2010, why the underlying complaint should not be dismissed. According to court records, Plaintiffs have failed to timely respond to the Court's OSC. As such, the Court hereby **dismisses** Plaintiff's Complaint.

**IT IS SO ORDERED.**

|                    :          |
|---|
| Initials of Preparer       slw |